UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUINCY LOVON WILLIAMS,

    Movant,

v.

    Case No: 1:16-cv-696

    HON. PAUL L. MALONEY

UNITED STATES OF AMERICA,

    Respondent.

_____/

## **JUDGMENT**

In accordance with the order entered this date,

**IT IS ORDERED** that **JUDGMENT** is entered in favor of Respondent because Movant is not entitled to relief under 28 U.S.C. § 2255.

DATED: June 30, 2017

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge